# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133111(19)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ALBERT MARQUE-ELLIS DENNIS,
    Defendant-Appellant.

SC: 133111
COA: 274277
St. Clair CC: 05-001460-FH;
          05-002669-FC

_____/

On order of the Court, the motion for reconsideration of this Court's May 30, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

p0830